NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRAGENT, LLC,**

*Plaintiff-Appellant*

**v.**

**VOLVO CAR USA LLC,**

*Defendant-Appellee*

---

2024-1793

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00293-JDW, Judge Joshua D. Wolson.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                         STRAGENT, LLC v. VOLVO CAR USA LLC

(2)  Each side shall bear their own costs.


                                              FOR THE COURT



September 23, 2024                         Jarrett B. Perlow
       Date                                 Clerk of Court


**ISSUED AS A MANDATE:** September 23, 2024